**FORM B9F** (Chapter 11 Corporation/Partnership Asset Case) (10/05)      Case Number **07−12153−s11**

# UNITED STATES BANKRUPTCY COURT
### District of New Mexico

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 8/31/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
JTS/Simms, LLC
400 Gold SW
Suite 500
Albuquerque, NM 87102

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 07−12153−s11 | 41−2241070 |

Attorney for Debtor(s) (name and address):
Robert H Jacobvitz
500 Marquette NW Ste 650
Albuquerque, NM 87102−5309
Telephone number: (505) 766−9272

## Meeting of Creditors

Date: **September 27, 2007**      Time: **09:30 AM**

Location: **Creditors' Meeting Room, Federal Building and U.S. Courthouse, 500 Gold Ave SW, Room 12411, Albuquerque, NM 87102**

## Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 11/26/07

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103−0546<br>Telephone number: 505−348−2500/866−291−6805<br>www.nmcourt.fed.us | Clerk of the Bankruptcy Court:<br>Norman H. Meyer |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 9/5/07 |

# EXPLANATIONS

FORM B9F (10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice if any, apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. If you are an attorney, you are required to file papers electronically. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

## Important Requirements for Debtors

1. If you are an individual debtor, **bring with you to the meeting of creditors:**

    - A picture ID issued by a governmental unit
    - Evidence of social security number

    and if your case was filed on or after October 17, 2005:

    - Statements for each of the debtor's depository and investment accounts including checking, savings and money market accounts, mutual funds and brokerage accounts for the time period that includes the date of filing of the petition.
    - Documentation of monthly expenses claimed by the debtor when required by section 707(b)(2)(A) or (B).

2. If your case was filed on or after October 17, 2005, and you are an individual debtor in a chapter 7 or 13 case, **not later than 7 days before your meeting of creditors** –

    - Provide to the case trustee copies of payment advices (pay stubs) for payments received from employment in the 60 days preceding the date the petition is filed. The name and address of your case trustee, and the date of your meeting of creditors, appear on the first page of this notice.
    - Provide to the case trustee a copy or a transcript of your most recent federal income tax return. Use IRS Form 4506–T to order a transcript of your federal income tax return for free. (A note about Form 4506–T: Select choice 6a on the form for the quickest response time.)

If you are an individual debtor in a chapter 7 or 13 case:

**FAILURE TO PROVIDE THE TRUSTEE WITH COPIES OF THE PAYMENT ADVICES AND THE FEDERAL INCOME TAX RETURN MAY RESULT IN DISMISSAL OF YOUR CASE.**

Notice of Availability of Case File Information Via the Internet

All case dockets and images of pleadings filed after June 1, 2000, are available through the PACER website. Internet users are able to read, download, store and print the full content of electronically filed or imaged documents. Documents that have been sealed or otherwise restricted by court order are not available electronically.
**Procedure for seeking exclusion of records from Internet:** A motion to file a document under seal is filed either electronically or in paper format. The Court considers each such motion on its individual merits. The order of the Court authorizing the filing of such document under seal is filed by the Court. A paper copy of the order is attached to the sealed document; the sealed document and attached order are delivered to the Clerk of the Court. See Federal Rule of Bankruptcy Procedure 9018.

Judicial Conference Policy on Personal Identifiers in Documents

The policy of the Judicial Conference of the United States requires that parties either: (1) refrain from including the following personal identifiers from all pleadings filed with the court, including exhibits, or (2) where inclusion is necessary, redact the following personal identifiers from all pleadings filed with the court, including exhibits, whether the pleadings are filed electronically or in paper, unless otherwise ordered by the court. Redacting means the careful editing of a document to remove confidential material; on paper, the material is usually "blacked out" with a marker. Personal identifiers:

- **Social Security numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number should be used.
- **Names of minor children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.
- **Dates of birth.** If an individual's date of birth must be included in a pleading, only the year should be used.
- **Financial account numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.

The responsibility for redacting these personal identifiers rests solely with parties and their attorneys. The Clerk will not review each pleading for compliance with this policy. Attorneys and parties are cautioned that failure to redact these personal identifiers may subject them to the full disciplinary power of the Court.

**FORM B10** (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT<br>NEW MEXICO | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>JTS/Simms, LLC | Case Number<br>11 07-12153 s | |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | 07-12153 |
|---|---|---|
| Name and Address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Telephone Number: | | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated:_____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $ 2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $_____ _____ _____ _____
(unsecured) (secured) (priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim**
  **Secured Claim:**
  Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**5. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 1084-1            User: melody              Page 1 of 2              Date Rcvd: Sep 05, 2007
Case: 07-12153                  Form ID: b9f              Total Served: 75


The following entities were served by first class mail on Sep 07, 2007.
db           +JTS/Simms, LLC,   400 Gold SW,   Suite 500,   Albuquerque, NM 87102-3259
aty           Alice Nystel Page,   PO Box 608,   Albuquerque, NM  87103-0608
aty          +Chris W Pierce,   Velarde & Pierce,   2531 Wyoming Blvd. NE,   Albuquerque, NM 87112-1027
aty           James A Askew,   PO Box 1888,   Albuquerque, NM  87103-1888
aty          +Robert H Jacobvitz,   500 Marquette NW Ste 650,   Albuquerque, NM 87102-5341
ust           United States Trustee,   PO Box 608,   Albuquerque, NM  87103-0608
2428225      +1000 Friends,   400 Gold SW,   Suite 910,   Albuquerque, NM 87102-3247
2428226      +A-1 Sign Center,   1720-A Juan Tabo Blvd NE,   Albuquerque, NM 87112-4455
2428227      +Abacus,   400 Gold SW,   Suite 1060,   Albuquerque, NM 87102-3263
2428228      +Adam Wolf,   10352 Flagstaff NW,   Albuquerque, NM 87114-3544
2428229      +Aragon Bandi,   400 Gold SW,   Suite 610,   Albuquerque, NM 87102-3260
2428230       Bankruptcy Court,   P.O. Box 546,   Albuquerque, NM 87103-0546
2428231      +Behles Law Firm, PC,   400 Gold SW,   Suite 680,   Albuquerque, NM 87102-3260
2428232      +Bill Green,   1600 Corriz Drive SW,   Albuquerque, NM 87121-8360
2428240      +CSI Albuquerque,   400 Gold SW,   Suite 340,   Albuquerque, NM 87102-3253
2428233       Carl Morgan,   168 Big Horn Drive NE,   Albuquerque, NM 87122
2428235       City of Albuquerque,   P.O. Box 1313,   Ablquerque, NM 87103-1313
2428234      +City of Albuquerque,   400 Gold SW,   Suite 660,   Albuquerque, NM 87102-3205
2428236      +Claudia Rae's,   400 Gold SW,   Suite 101,   Albuquerque, NM 87102-3243
2428237      +Communications, Connections &,   P.O. Box 21118,   Albuquerque, NM 87154-1118
2428238      +Connie Harrington,   400 Gold SW,   Suite 500, #2,   Albuquerque, NM 87102-3259
2428239      +Crystal Springs,   P.O. Box 90760,   Albuquerque,  87199-0760
2428241      +D.W. Turner,   400 Gold SW,   Suite 700,   Albuquerque, NM 87102-3261
2428242      +David A. Reyes,   400 Gold SW,   Suite 500, #18,   Albuquerque, NM 87102-3259
2428243      +Denham & Company,   400 Gold SW,   Suite 1040,   Albuquerque, NM 87102-3263
2428244      +Don Dudley,   400 Gold SW,   Suite 850,   Albuquerque, NM 87102-3291
2428245      +Eric Turner,   400 Gold SW,   Suite 500, #23/25,   Albuquerque, NM 87102-3259
2428246      +Ewing Law Offices,   300 Central SW,   Suite 1000W,   Albquerque, NM 87102-2317
2428247       Federal Express,   P.O. Box 94515,   Palatine, IL 60094-4515
2428248      +Fiore Industries,   400 Gold SW,   Suite 400,   Albuquerque, NM 87102-3281
2428249      +Gorham Properties, LLC,   400 Gold SW,   Suite1300,   Albuquerque, NM 87102-3283
2428250      +Group Harmonics,   400 Gold SW,   Suite 909,   Albuquerque, NM 87102-3247
2428251      +Grubb & Ellis,   2400 Louisiana NE,   Bldg 1, Suite 300,   Albuquerque, NM 87110-4342
2428252      +Hannah Best,   400 Gold SW,   Suite 500,   Albuquerque, NM 87102-3259
2428253      +Jackson Wright,   400 Gold SW,   Suite 500 #14/16,   Albuquerque, NM 87102-3259
2428254      +Julia Seligman,   3201 San Rafael SE,   Albuquerque, NM 87106-1526
2428255      +Kells & Craig Architects,   400 Gold SW,   Suite 880,   Albuquerque, NM 87102-3286
2428256      +La Sierra Cafe,   400 Gold SW,   Suite 119,   Albuquerque, NM 87102-3283
2428257       Larry Bryant,   13439 Desert Hills Place NE,   Albuquerque, NM 87111-3032
2428258      +Legal FACS Program,   400 Gold SW,   Suite 106,   Albuquerque, NM 87102-3243
2428259      +Liza McBride,   14 Drake Road,   Edgewood, NM 87015-6897
2428262      +ME Consortium LLC,   400 GOld SW,   Suite 210,   Albuquerque, NM 87102-3257
2428260      +Maintenance Service Systems, Inc.,   P.O. Box 8347,   Albuquerque, NM 87198-8347
2428261      +Martin Maxwell,   400 Gold SW,   Suite 500, #28,   Albuquerque, NM 87102-3259
2428263      +National Labor Relations Board,   P.O. Box 1898,   Tijeras, NM 87059-1898
2428264      +Nexicon,   400 Gold SW,   Suite 1000,   Albuquerque, NM 87102-4245
2428265      +Nexicon,   400 Gold SW,   Suite 1080,   Albuquerque, NM 87102-4261
2428266      +One Connect IP Inc.,   1730 Montano Rd NW,   Suite D,   Albuquerque, NM 87107-3210
2428271      +PNM,   P.O. Box 349,   Albuquerque, NM 87103-0349
2428267      +Parish Collins,   400 Gold SW,   Suite 500, #4,   Albuquerque, NM 87102-3259
2428268      +Paul Cohen,   400 Gold SW,   Suite 200,   Albuquerque, NM 87102-3257
2428269      +Peterson's Water Treatment Co.,   P.O. Box 177,   Estancia, NM 87016-0177
2428270      +Phoenix Equity Ventures, LLC,   11 McDonald Rd,   Edgewood, NM 87015-7962
2429173      +Phoenix Equity Ventures, LLC,   c/o Atty Chris W. Pierce,   2531 Wyoming Blvd. NE,
               Albuquerque, NM 87112-1027
2428272      +Puccini & Meagle,   8015 Mountain Road Place SE,   Suite 200,   Albuquerque, NM 87110-7837
2428273      +Qwest,   P.O. Box 29039,   Phoenix, AZ 85038-9039
2428274      +Rhode May Keller McNamara Architects,   400 Gold SW,   Suite 1100,   Albuquerque, NM 87102-3265
2428275      +Robert Gorham,   400 Gold SW,   Suite 1300,   Albuquerque, NM 87102-3274
2428276      +Robert J. Maquire,   400 Gold SW,   Suite 300,   Albuquerque, NM 87102-3253
2428280      +SKS.Com, LLC,   400 Gold SW,   Suite 900,   Albuquerque, NM 87102-3247
2428277      +Schlenker & Urrea,   400 Gold SW,   Suite 1010,   Albuquerque, NM 87102-4245
2428278      +Sharp Business Systems,   3401 Candelaria NE,   Suite 'O',   Albuquerque, NM 87107-1957
2429167       Silar Special Opportunities Fund, LP,   c/o Atty James A. Askew,   PO Box 1888,
               Albuquerque, NM  87103-1888
2428281      +Small Business Law Center,   400 Gold SW,   Suite 500,   Albuquerque, NM 87102-3259
2428282      +Smith, Moore, & Berenson, LLC,   400 Gold SW,   Suite 500,   Albuquerque, NM 87102-3259
2428283      +Southwest Comfort Sales & Service,   4401 Ellison Blvd NE,   Albuquerque, NM 87109-4507
2428284      +Stiff & Associates,   400 Gold SW,   Suite 1300,   Albuquerque, NM 87102-3274
2428285      +Sub Zero,   400 Gold SW,   Suite 260,   Albuquerque, NM 87102-3258
2428286      +The Disciplinary Board,   400 Gold SW,   Suite 800,   Albuquerque, NM 87102-3251
2428287      +The Sports Club,   1736 Black RIver Drive,   Rio Rancho, NM 87144-5723
2428288       ThyssenKrupp Elevator,   P.O. Box 933004,   Atlanta, GA 31193-3004
2428289       US District Courts,   333 Lomas Blvd NW,   Albuquerque, NM 87102
2428290      +US Security Associates, Inc.,   P.O. Box 931703,   Atlanta, GA 31193-1703
2428291      +Verizon Services,   422 Gold SW,   Suite 140,   Albuquerque, NM 87102-3224
2428292      +Youndahl Law Firm,   400 Gold SW,   Suite 500, #9,   Albuquerque, NM 87102-3259


The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Phoenix Equity Ventures, LLC
cr           Silar Special Opportunities Fund, LP
2428279      Silar Special,    Opportunities Fund LP,    Attn Robert Leeds,    333 Seventh Avenue 3rd Floor,
              New York,
                                                                                       TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2007**                          **Signature:**  *Joseph Speetjens*