# United States Bankruptcy Court
## District of New Mexico

In re    JTS/Simms, LLC _____

                Debtor

Case No.   11-07-12153 SA _____

Chapter   11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 9,150,000.00 | | |
| B – Personal Property | YES | 3 | $ 25,630.36 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 6,763,675.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 599,418.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 8 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 22 | $ 9,175,630.36 | $ 7,363,093.50 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.3-701 - 30395

Form B6A
(10/05)

In re    JTS/Simms, LLC                                    Case No.    11-07-12153 SA
                    Debtor                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Simms Building Simms Building Parking Garage 400 & 424 Gold SW Albuquerque, NM 87102 | Fee Simple * principal balance | | 9,150,000.00 | 6,750,000.00 * |
| | | Total ➤ | 9,150,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver 4.2.3-701  - 30395

In re  JTS/Simms, LLC                                                    Case No.  11-07-12153 SA
                Debtor                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | none with a cash value | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2007 ©1991-2007 New Hope Software Inc., ver. 4.2.3-701  -  30195

In re   JTS/Simms, LLC _____     Case No.   11-07-12153 SA _____
              **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable. | | 20,630.36 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claims against Silar Special Opportunites Fund LP  Claims agains Phoenix Equity Venture LLC  Claims against Simms Building Inc.  Possible claim against Behles & Associates for rent | | Not yet determined  Not yet determined  Not yet determined  Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture, office computer, office supplies | | 5,000.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re   JTS/Simms, LLC _____     Case No.  11-07-12153 SA _____
          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____ 0 _____ continuation sheets attached  Total | | $ 25,630.36 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | |

Bankruptcy2007 ©1991-2007 New Hope Software, Inc. ver. 4.2.3-701 - 30395

Official Form 6C (04/07)

In re  JTS/Simms, LLC                                    Case No.  11-07-12153 SA
                    **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                         $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30595

Official Form 6D (10/06)

In re __JTS/Simms, LLC_____,  Case No. ___11-07-12153 SA_____
               **Debtor**                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. One Connect IP Inc. 1730 Montano Rd, NW Suite D Albuquerque, NM 87107 | | | VALUE $      0.00 | | | | 13,675.00 | 13,675.00 |
| ACCOUNT NO. Silar Special Opportunities Fund LP Attn Robert Leeds 333 Seventh Avenue 3rd Floor New York, NY 10001 | | | Lien: Amount listed is pricipal balance only. VALUE $   9,150,000.00 | | | X | 6,750,000.00 | 0.00 |
| ACCOUNT NO. | | | VALUE $ | | | | | |

___0___ continuation sheets attached

                          Subtotal ▶    $6,763,675.00 | $  13,675.00
(Total of this page)

                          Total ▶    $6,763,675.00 | $  13,675.00
(Use only on last page)

(Report total also on     (If applicable, report Summary of Schedules   also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.3-701 - 20395

In re __JTS/Simms, LLC_____,      Case No.___11-07-12153 SA____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business. whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy 2007 ©1991-2007, New Hope Software, Inc, ver. 4.2.3-701 - 20395

Official Form 6E (4/07) - Cont.

In re __JTS/Simms, LLC_____,    Case No.__11-07-12153 SA_____
                    Debtor                              (if known)

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ **continuation sheets attached**

Bankruptcy3007 ©1991-2007, New Hope Software, Inc. ver. 4.2.3-701 - 30395

Official Form 6F (10/06)

In re  JTS/Simms, LLC                              ,  Case No.  11-07-12153 SA
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  American Standard Inc. dba Trane 4401 Ellison NE Albuquerque, NM 87109 | | | HVAC maintence and repairs | | | | 3,755.95 |
| ACCOUNT NO.  City of Albuquerque P.O. Box 1313 Ablquerque, NM 87103-1313 | | | utilities | | | | 239.22 |
| ACCOUNT NO.  City of Albuquerque Treasury Division Audit & Collection Section P.O. Box 17 Albuquerque, NM 87103-0014 | | | | | | | 360.00 |
| ACCOUNT NO.  Cricket P.O. Box 660021 Dallas, TX 75266-0021 | | | telephone | | | | 96.12 |

_4_ continuation sheets attached

Subtotal ➤  $  4,451.29

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy 2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

Official Form 6F (10/06) - Cont.

In re __JTS/Simms, LLC_____,          Case No. __11-07-12153 SA_____
                Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Crystal Springs <br> P.O. Box 90760 <br> Albuquerque, 87199 | | | water for Executive Suites | | | | 71.45 |
| ACCOUNT NO. <br><br> David Andrew <br> c/o Timothy Mortimer <br> 315 5th St NW <br> Albuquerque, NM 87102 | | | loan | | | X | 85,000.00 |
| ACCOUNT NO. <br><br> Hope & Glory LLC <br> 10430 Kennemere Lane <br> Parker, CO 80134 | | | broker | | | | 141,000.00 |
| ACCOUNT NO. <br><br> Joel Davis <br> Davis & Kelley LLC <br> 300 Central Ave SW #1200 <br> Albuquerque, NM 87102 | | | attorney fees | | | | 8,129.11 |
| ACCOUNT NO. <br><br> Maintenance Service Systems, Inc. <br> P.O. Box 8347 <br> Albuquerque, NM 87198 | | | janitorial | | | | 625.14 |

Sheet no. _1_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                   Subtotal➤ | $ | 246,200.70

                                      Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007 New Hope Software, Inc., ver. 4.2.3-701 - 10395

Official Form 6F (10/06) - Cont.

In re   JTS/Simms, LLC                                    ,          Case No.   11-07-12153 SA
                     Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MBJ Lock & Hobbies<br>3167 San Mateo NE<br>Albuquerque, NM 87110 | | | locksmith | | | | 24.32 |
| ACCOUNT NO.<br><br>MTA Pest Control<br>P.O. Box 36318<br>Albuquerque, NM 87176 | | | pest control | | | | 181.69 |
| ACCOUNT NO.<br><br>O'Malley Glass<br>P.O. Box 25665<br>Albuquerque, NM 87125 | | | glass replacement | | | | 531.53 |
| ACCOUNT NO.<br><br>Peterson's Water Treatment Co.<br>P.O. Box 177<br>Estancia, NM 87016 | | | treat water | | | | 129.83 |
| ACCOUNT NO.<br><br>Phoenix Equity Ventures, LLC<br>11 McDonald Rd<br>Edgewood, NM 87015 | | | loan | | | X | 325,000.00 |

Sheet no. _2_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 325,867.37

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007 New Hope Software, Inc., ver. 4.3.3-701 - 30395

Official Form 6F (10/06) - Cont.

In re  JTS/Simms, LLC                                 ,          Case No.  11-07-12153 SA
          Debtor                                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PNM<br>P.O. Box 349<br>Albuquerque, NM 87103 | | | utilities | | | | 19,514.32 |
| ACCOUNT NO.<br><br>Qwest<br>P.O. Box 29039<br>Phoenix, AZ 85038-9060 | | | telephone | | | | 7.69 |
| ACCOUNT NO.<br><br>Select Security Systems<br>P.O. Box 30065<br>Albuquerque, NM 87190 | | | alarm system | | | | 128.25 |
| ACCOUNT NO.<br><br>Simms Building LLC<br>400 Gold SW, Ste 500<br>Albuquerque, NM 87102 | | | seller of Simms Building | | | | Notice Only |
| ACCOUNT NO.<br><br>ThyssenKrupp Elevator Corp<br>P.O. Box 933004<br>Atlanta, GA 31193-3004 | | | elevator maintenance | | | | 3,118.47 |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  22,768.73

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.3-701 - 30395

Official Form 6F (10/06) - Cont.

In re JTS/Simms, LLC                    ,          Case No. 11-07-12153 SA
            Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Troy Baillio<br>10518 City Lights Dr NE<br>Albuquerque, NM 87111 | | | loans | | | | Not yet determined |
| ACCOUNT NO.<br><br>U.S. Security Associates Inc.<br>P.O. Box 931703<br>Atlanta, GA 31193 | | | building security | | | | 130.41 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 130.41

Total➤ | $ | 599,418.50

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.1-701 - 30395

11-07-12153 SA

In re  JTS/Simms, LLC _____     Case No. _____
            **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Claudia Rae's<br>400 Gold SW<br>Suite 101<br>Albuquerque, NM 87102 | Tenant |
| Legal FACS Program<br>400 Gold SW<br>Suite 106<br>Albuquerque, NM 87102 | Tenant |
| La Sierra Cafe<br>400 Gold SW<br>Suite 119<br>Albuquerque, NM 87102 | Tenant |
| The Sports Club<br>1736 Black RIver Drive<br>Rio Rancho, NM 87144 | Tenant |
| Verizon Services<br>422 Gold SW<br>Suite 140<br>Albuquerque, NM 87102 | Tenant |
| Paul Cohen<br>400 Gold SW<br>Suite 200<br>Albuquerque, NM 87102 | Tenant |
| ME Consortium LLC<br>400 GOld SW<br>Suite 210<br>Albuquerque, NM 87102 | Tenant |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.1-701 - 30395

Official Form B6G Contd.
(10/05)

In re  JTS/Simms, LLC
_____
        Debtor

Case No.  11-07-12153 SA
_____
        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sub Zero<br>400 Gold SW<br>Suite 260<br>Albuquerque, NM 87102 | Tenant |
| CSI Albuquerque<br>400 Gold SW<br>Suite 340<br>Albuquerque, NM 87102 | Tenant |
| Fiore Industries<br>400 Gold SW<br>Suite 400<br>Albuquerque, NM 87102 | Tenant |
| Small Business Law Center<br>400 Gold SW<br>Suite 500<br>Albuquerque, NM 87102 | Tenant |
| Smith, Moore, & Berenson, LLC<br>400 Gold SW<br>Suite 500<br>Albuquerque, NM 87102 | Tenant |
| Hannah Best<br>400 Gold SW<br>Suite 500<br>Albuquerque, NM 87102 | Tenant |
| Connie Harrington<br>400 Gold SW<br>Suite 500, #2<br>Albuquerque, NM 87102 | Tenant |
| Parish Collins<br>400 Gold SW<br>Suite 500, #4<br>Albuquerque, NM 87102 | Tenant |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re  JTS/Simms, LLC

Debtor

Case No.  11-07-12153 SA

(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Youndahl Law Firm<br>400 Gold SW<br>Suite 500, #9<br>Albuquerque, NM 87102 | Tenant |
| Jackson Wright<br>400 Gold SW<br>Suite 500 #14/16<br>Albuquerque, NM 87102 | Tenant |
| David A. Reyes<br>400 Gold SW<br>Suite 500, #18<br>Albuquerque, NM 87102 | Tenant |
| Martin Maxwell<br>400 Gold SW<br>Suite 500, #28<br>Albuquerque, NM 87102 | Tenant |
| Aragon Bandi<br>400 Gold SW<br>Suite 610<br>Albuquerque, NM 87102 | Tenant |
| City of Albuquerque<br>400 Gold SW<br>Suite 660<br>Albuquerque, NM 87102 | Tenant |
| Behles Law Firm, PC<br>400 Gold SW<br>Suite 680<br>Albuquerque, NM 87102 | Tenant |
| D.W. Turner<br>400 Gold SW<br>Suite 700<br>Albuquerque, NM 87102 | Tenant |

Bankruptcy 2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re  JTS/Simms, LLC     Case No.    11-07-12153 SA
_____      _____
       Debtor                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| The Disciplinary Board<br>400 Gold SW<br>Suite 800<br>Albuquerque, NM 87102 | Tenant |
| Don Dudley<br>400 Gold SW<br>Suite 850<br>Albuquerque, NM 87102 | Tenant |
| Kells & Craig Architects<br>400 Gold SW<br>Suite 880<br>Albuquerque, NM 87102 | Tenant |
| SKS.Com, LLC<br>400 Gold SW<br>Suite 900<br>Albuquerque, NM 87102 | Tenant |
| Group Harmonics<br>400 Gold SW<br>Suite 909<br>Albuquerque, NM 87102 | Tenant |
| Schlenker & Urrea<br>400 Gold SW<br>Suite 1010<br>Albuquerque, NM 87102 | Tenant |
| Denham & Company<br>400 Gold SW<br>Suite 1040<br>Albuquerque, NM 87102 | Tenant |
| Abacus<br>400 Gold SW<br>Suite 1060<br>Albuquerque, NM 87102 | Tenant |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re  JTS/Simms, LLC
_____
Debtor

Case No.  11-07-12153 SA
_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nexicon<br>400 Gold SW<br>Suite 1080<br>Albuquerque, NM 87102 | Tenant |
| Rhode May Keller McNamara Architects<br>400 Gold SW<br>Suite 1100<br>Albuquerque, NM 87102 | Tenant |
| Gorham Properties, LLC<br>400 Gold SW<br>Suite1300<br>Albuquerque, NM 87102 | Tenant |
| Stiff & Associates<br>400 Gold SW<br>Suite 1300<br>Albuquerque, NM 87102 | Tenant |
| Bankruptcy Court<br>P.O. Box 546<br>Albuquerque, NM 87103-0546 | Parking only |
| Ewing Law Offices<br>300 Central SW<br>Suite 1000W<br>Albuquerque, NM 87102 | Parking only |
| National Labor Relations Board<br>P.O. Box 1898<br>Tijeras, NM 87059 | Parking only |
| Puccini & Meagle<br>8015 Mountain Road Place SE<br>Suite 200<br>Albuquerque, NM 87102 | Parking only |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701  - 30395

In re  JTS/Simms, LLC

Debtor

Case No. 11-07-12153 SA

(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US District Courts<br>333 Lomas Blvd SW<br>Albuquerque, NM 87102 | Parking only |
| Robert Gorham<br>400 Gold SW<br>Suite 1300<br>Albuquerque, NM 87102 | Tenant |
| Larry Bryant<br>13439 Desert Hills Place NE<br>Albuquerque, NM 87111-3032 | Parking only |
| Bill Green<br>1600 Corriz Drive SW<br>Albuquerque, NM 87121 | Parking only |
| Liza McBride<br>14 Drake Road<br>Edgewood, NM 87015 | Parking only |
| Carl Morgan<br>168 Big Horn Drive NE<br>Albuquerque, NM 87122 | Parking only |
| Julia Seligman<br>3201 San Rafael SE<br>Albuquerque, NM 87106 | Parking only |
| Adam Wolf<br>10352 Flagstaff NW<br>Albuquerque, NM 87144 | Parking only |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re  JTS/Simms, LLC

Debtor

Case No. ___11-07-12153 SA___

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nexicon<br>400 Gold SW<br>Suite 1000<br>Albuquerque, NM 87102 | Tenant |
| Sharp Business Systems<br>3401 Candelaria NE<br>Suite O<br>Albuquerque, NM 87107 | Copier Leases |
| Southwest Comfort Sales & Service<br>4401 Ellison Blvd NE<br>Albuquerque, NM 87109 | HVAC maintenance contract |
| ThyssenKrupp Elevator<br>P.O. Box 933004<br>Atlanta, GA 31193-3004 | Elevator maintenance contract |
| One Connect IP Inc.<br>1730 Montano Rd, NW<br>Suite D<br>Albuquerque, NM 87107 | Contract to maintain lines for Executive Suite phone system |
| Peterson's Water Treatment Co.<br>P.O. Box 177<br>Estancia, NM 87016 | Water treatment |
| Dianco<br>400 Gold Ave SW, Suite 500<br>Albuquerque, NM 87102 | Tenant |
| Peter Divasto<br>400 Gold Ave SW, Suite 660<br>Albuquerque,NM 87102 | Tenant |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re  JTS/Simms, LLC
                                    Case No.        11-07-12153 SA
_____              _____
                    **Debtor**                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Roxanne Duran<br>400 Gold Ave SW, SUite 660<br>Albuquerque, NM 87102 | Tenant |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

In re   <u>JTS/Simms, LLC</u>                                Case No.   <u>11-07-12153 SA</u>

                     **Debtor**                                                 **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JTS Properties and Investments LLC<br>400 Gold SW, Suite 220<br>Albuquerque, NM 87102 | Silar Special<br>Opportunities Fund LP<br>Attn Robert Leeds<br>333 Seventh Avenue 3rd Floor<br>New York, NY 10001 |
| JTS Properties and Investments LLC<br>400 Gold SW, Suite 220<br>Albuquerque, NM 87102 | Phoenix Equity Ventures, LLC<br>11 McDonald Rd<br>Edgewood, NM 87015 |
| Troy Baillio<br>10518 City Lights Dr NE<br>Albuquerque, NM 87111 | Silar Special<br>Opportunities Fund LP<br>Attn Robert Leeds<br>333 Seventh Avenue 3rd Floor<br>New York, NY 10001 |
| Troy Baillio<br>10518 City Lights Dr NE<br>Albuquerque, NM 87111 | Phoenix Equity Ventures, LLC<br>11 McDonald Rd<br>Edgewood, NM 87015 |
| JTS Properties and Investments LLC<br>400 Gold SW, Suite 220<br>Albuquerque, NM 87102 | David Andrews<br>c/o Timothy Mortimer<br>315 5th St NW<br>Albuquerque, NM 87102 |
| JTS Properties and Investments LLC<br>400 Gold SW, Suite 220<br>Albuquerque, NM 87102 | Hope & Glory LLC<br>10430 Kennemere Lane<br>Parker, CO 80134 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 30395

# United States Bankruptcy Court
### District of New Mexico

| In re | JTS/Simms, LLC | Case No. | 11-07-12153 SA |
|---|---|---|---|
| | Debtor | | |
| | | Chapter | 11 |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.2-701 - 30395

In re ___JTS/Simms, LLC_____    Case No. ___11-07-12153 SA_____
                          **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                          Debtor:

Date _____        Signature: _____
                                                                          (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____        _____
        Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Manager_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __JTS/Simms, LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __9/17/07_____        Signature: _____

                                                        TROY BAILLIO , Manager
                                                        [Print or type name of individual signing on behalf of debtor.]

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.