**CH 11**
**INITIAL REPORT**

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NO: 11-07-12153 SA

# INITIAL REPORT

COMES NOW, ___JTS/Simms LLC___ , Debtor-in-Possession, and hereby submits its Initial Report as shown by the attached Exhibits and containing the following, as indicated:

____✓____ Attorney Authorization for Direct Contact

____✓____ Debtor Receipt and Certification / Attorney Acknowledgment

____✓____ Balance Sheet as of the date of the Order for Relief. Exhibit "1".

____✓____ Income Statement for the thirty (30) day period immediately preceding the date of the Order for Relief. Exhibit "2".

____✓____ Insurance, Tax and Cash Collateral Statements. Exhibit "3".

____✓____ Four(4) month projections from operations. Exhibit "4".

____✓____ Designation of individual responsible for discharging Debtor's duties. Exhibit "5".

____✓____ Designation of individual responsible for Financial Reports. Exhibit "6".

____✓____ Debtor's Section 345 Bank Account Certificate. Exhibit "7".

___NA___ Federal Income Tax Returns for two years prior to filing

I DECLARE UNDER PENALTY OF PERJURY THAT THIS REPORT AND ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DEBTOR-IN-POSSESSION

DATE: 9/17/07

BY: _____

NAME: Troy Baillio, member

TITLE: Manager
ADDRESS: 400 Gold SW Suite 820
ABQ, NH 87102
TELEPHONE: 505-7028854



U.S. Department of Justice

*Office of the United States Trustee*

*District of New Mexico*

P.O. Box 608   87103
421 Gold SW   Room 112
Albuquerque, MN   87102

505/248-6551
FAX/248-6558

**TO:**   Counsel for Debtor

**From: Office of the United States Trustee**
Mary E. May, United States Trustee
by:   Ron Andazola, Assistant United States Trustee, District of New Mexico

**RE:**   **AUTHORIZATION FOR DIRECT CONTACT**

CASE NAME:  JTS/Simms, LLC, a New Mexico Limited liability company

CASE NO:  11-07-12153 SA

Regulations promulgated by the Attorney General restrict direct communication between employees of the Office of the United States Trustee and the debtor without permission of debtor's counsel.

Most communication occurring between Program employees and debtors is administrative in nature relating to the United States Trustee's statutory duty to supervise the administration of bankruptcy cases.

In order to comply with these regulations, we request that you sign an authorization which allow us to communicate directly with the debtor regarding administrative and financial matters such as insurance coverage, bank account information, monthly operating reports, quarterly fees and post-confirmation reports.

If you agree to the provisions as stated, please sign below where indicated. Return the original of this document to the U.S. Trustee Office. The authorization may be rescinded at anytime by giving us written notice of recission.

If you do not agree, all communication with the debtor will be directed to you. If the debtor initiates any contact with us, we will advise him or her that we may communicate only with you.

## ATTORNEY AUTHORIZATION FOR DIRECT CONTACT

The undersigned, as counsel for the debtor, authorizes United States Trustee personnel to communicate with the debtor and/or its designees directly in order to obtain financial information and resolve financial and administrative questions and/or issues, and to ensure compliance with various bankruptcy requirements.

9-17-07
**Date**

Jacobvitz, Thuma and Walker, P.C.

By: _____
**Counsel for Debtor**

**CH 11**
**INITIAL REPORT**

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NUMBER: 11-07-12153 SA

## DEBTOR RECEIPT AND CERTIFICATION CONCERNING
## OPERATING REQUIREMENTS

The undersigned representative responsible for discharging the duties of the Debtor in the above and foregoing case acknowledges receipt from the United States Trustee of the Operating Guidelines and Reporting Requirements for Chapter 11 Debtor in Possession. The undersigned hereby certifies that he/she has read and understands the contents thereof and agrees to operate the Debtor's affairs and file reports in accordance with said guidelines and requirements.

JTS/Simms, LLC

Troy Baillio, Manager
(Debtor)

9/17/07
Date

## ATTORNEY ACKNOWLEDGMENT

The undersigned, as counsel for the debtor, has read and reviewed with the debtor the Operating Guidelines and Reporting Requirements for Chapter 11 Debtor in Possession.

9-17-07
Date

Jacobvitz, Thuma and Walker, P.C.

By:
Counsel for Debtor

(ATTACH TO DEBTOR'S INITIAL REPORT)

*8*

*8*

# Balance Sheet (Cash)
## JTS/Simms, LLC - (JTSSIMMS)
## Jun 2007 - Aug 2007

Page 1
9/11/2007
03:52 PM

ASSETS

| | |
|---|---:|
| **CURRENT ASSETS** | |
| Operating Account | 891.41 |
| TOTAL CURRENT ASSETS | 891.41 |
| | |
| **FIXED ASSETS** | |
| Building | 7,600,000.00 |
| Capital Lease Commission | 19,666.41 |
| Capital Improvement | 13,675.00 |
| TOTAL FIXED ASSETS | 7,633,341.41 |
| | |
| **OTHER ASSETS** | |
| Closing Costs | 101,405.00 |
| TOTAL OTHER ASSETS | 101,405.00 |
| | |
| TOTAL ASSETS | 7,735,637.82 |

LIABILITIES & CAPITAL

| | |
|---|---:|
| **CURRENT LIABILITIES** | |
| Security Deposit | 39,704.33 |
| Property Tax Accrual | 20,812.53 |
| TOTAL CURRENT LIABILITIES | 60,516.86 |
| | |
| **LONG TERM LIABILITIES** | |
| Mortgage Payable | 6,750,000.00 |
| TOTAL L/T LIABILITIES | 6,750,000.00 |
| | |
| **CAPITAL** | |
| Owner Capital-Security Deposit | -6,688.75 |
| Owner Draw | -88,753.38 |
| Owners Capital | 897,946.70 |
| Current Profit (Loss) | 122,616.39 |
| TOTAL CAPITAL | 925,120.96 |
| | |
| TTL LIABILITY & CAPITAL | 7,735,637.82 |

*9*

**Income Statement (Cash)**
**JTS/Simms, LLC - (JTSSIMMS)**
**Aug 2007**

Page 1
9/11/2007
03:53 PM

| | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| Rental Income | 72,143.21 | 85.07 | 217,673.20 | 86.16 |
| Parking Lot Income | 11,209.90 | 13.22 | 29,980.03 | 11.87 |
| Tenant Improvement Reimb. | 0.00 | 0.00 | 1,000.00 | 0.40 |
| Other Income | 0.00 | 0.00 | 579.34 | 0.23 |
| Storage Fees | 838.00 | 0.99 | 2,612.00 | 1.03 |
| Late Fees | 617.10 | 0.73 | 783.80 | 0.31 |
| TOTAL INCOME | 84,808.21 | 100.00 | 252,628.37 | 100.00 |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| **TAXES & INSURANCE** | | | | |
| Insurance-Property | 0.00 | 0.00 | 3,450.00 | 1.37 |
| TOTAL TAXES & INSURANCE | 0.00 | 0.00 | 3,450.00 | 1.37 |
| | | | | |
| **REPAIRS & MAINTENANCE** | | | | |
| HVAC Repairs | 10,483.52 | 12.36 | 13,856.14 | 5.48 |
| Door/Lock | 150.43 | 0.18 | 584.88 | 0.23 |
| Security System Repairs | 128.25 | 0.15 | 128.25 | 0.05 |
| Directory/Sign Repair | 0.00 | 0.00 | 285.60 | 0.11 |
| Janitorial Supplies | 1,423.19 | 1.68 | 1,423.19 | 0.56 |
| Lightbulbs & Fixture | 318.36 | 0.38 | 318.36 | 0.13 |
| Payroll-Onsite Maintenance | 12,657.95 | 14.93 | 12,657.95 | 5.01 |
| TOTAL MAINT. & REPAIR | 25,161.70 | 29.67 | 29,254.37 | 11.58 |
| | | | | |
| **UTILITY** | | | | |
| Electric - Common | 18,660.77 | 22.00 | 47,479.98 | 18.79 |
| Water & Sewer - Common | 660.34 | 0.78 | 1,781.96 | 0.71 |
| Refuse - Common | 330.15 | 0.39 | 330.15 | 0.13 |
| Natural Gas - Common | 106.33 | 0.13 | 986.59 | 0.39 |
| Telephone - Common | 0.00 | 0.00 | 516.00 | 0.20 |
| TOTAL UTILITY | 19,757.59 | 23.30 | 51,094.68 | 20.23 |
| | | | | |
| **CONTRACT SERVICE** | | | | |
| Janitorial Contract | 9,655.30 | 11.38 | 9,655.30 | 3.82 |
| Contract Maint/Cleanup | 315.00 | 0.37 | 315.00 | 0.12 |
| Elevator Contract | 3,118.47 | 3.68 | 6,035.67 | 2.39 |
| Security Contract | 2,331.70 | 2.75 | 2,957.66 | 1.17 |
| Water Treatment Contract | 129.83 | 0.15 | 252.02 | 0.10 |
| Pest Control Contract | 181.69 | 0.21 | 363.17 | 0.14 |
| TOTAL CONTRACT SERVICES | 15,731.99 | 18.55 | 19,578.82 | 7.75 |
| | | | | |
| **ADMIN & MISC. EXPENSE** | | | | |
| Acct/Postage/Office Supp | 345.12 | 0.41 | 811.19 | 0.32 |
| Public Relations/Decor | 0.00 | 0.00 | 500.00 | 0.20 |
| Legal | 10,000.00 | 11.79 | 10,000.00 | 3.96 |
| Other Admin Cost | 93.35 | 0.11 | 414.09 | 0.16 |
| Off Site Management | 3,200.00 | 3.77 | 9,943.02 | 3.94 |
| NMGRT-Off Site Management | 220.00 | 0.26 | 683.58 | 0.27 |
| Payroll-Onsite Administrative | 4,282.23 | 5.05 | 4,282.23 | 1.70 |
| TOTAL ADMIN & MISC EXP. | 18,140.70 | 21.39 | 26,634.11 | 10.54 |
| | | | | |
| TOTAL OPERATING EXPENSES | 78,791.98 | 92.91 | 130,011.98 | 51.46 |
| | | | | |
| NET OPERATING INCOME | 6,016.23 | 7.09 | 122,616.39 | 48.54 |

**Income Statement (Cash)**
**JTS/Simms, LLC - (JTSSIMMS)**
**Aug 2007**

Page 2
9/11/2007
03:53 PM

|  | Month to Date | % | Year to Date | % |
|---|---|---|---|---|
| NET PROFIT (LOSS) | 6,016.23 | 7.09 | 122,616.39 | 48.54 |

CASE NAME: <u>JTS/Simms, LLC, a New Mexico Limited liability company</u>

CASE NUMBER: <u>11-07-12153 SA</u>                    CHAPTER 11

## STATEMENT CONCERNING INSURANCE, TAXES
## AND USE OF CASH COLLATERAL

I.     <u>INSURANCE</u>

      A.     Insurance is in effect and payments are current for coverage as indicated.

| TYPE INSURANCE | POLICY EXPIRATION DATE | |
|---|---|---|
| _____ Workers' Compensation | Hartford Ins <br> 34WECTIS649 | 8/15/08 |
| _____ Unemployment Insurance | | |
| _____ Casualty | Travelers <br> 6809921C523   5/23/2008 | |
| _____ Liability | Travelers <br> 6809921C523   5/23/2008 | |
| _____ Other | | |

**Attached hereto are Certificates of Insurance or other proof of insurance
for the above.**

II.    <u>TAXES</u>

      A.     **Post-petition** federal and state withholding and payroll taxes
<u>are</u>/<u>are not</u> current. _____

      B.     Delinquencies, if any, are as follows:

| | |
|---|---|
| FICA/MED | _____ |
| Federal Withholding | _____ |
| State Withholding | _____ |
| Unemployment taxes | _____ |

III.   <u>CASH COLLATERAL</u> (Attach Statement)

      A.     Cash collateral (will)/will not be necessary to fund Debtor's post-petition
operations.

      B.     Debtor (has)/has not filed a request for use of cash collateral under 11 U.S.C.
Sections 363 or 364.

(ATTACH TO DEBTOR'S INITIAL REPORT)

# *ACORD*   EVIDENCE OF PROPERTY INSURANCE

OP ID KA   DATE (MM/DD/YY)
09/07/07

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER**   PHONE/FAX 505-292-8000 /505-292-0900

Brown, Seligman & Thomas
7906 Menaul NE
Albuquerque NM 87110
Kenneth P. Aspan
CODE: OF5365       : SUB CODE:
AGENCY
CUSTOMER ID # JTSSI-1

**INSURED**

JTS Sims, LLC
ATTN: Troy Baillio
PO Box 90563
Albuquerque NM 87199

**COMPANY**

St Paul Travelers
6060 S. Willow Drive
Greenwood Village CO 80111

**LOAN NUMBER**      **POLICY NUMBER**
     6809921C523

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL |
|---|---|---|
| 05/23/07 | 05/23/08 | TERMINATED IF CHECKED |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION
001
         OFFICE
400-424 GOLD SW
ALBUQUERQUE NM 87102

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Premise 101 Building 001 | | |
| Building | 14700000 | 5000 |
| Business Inc. with Extra Exp | 1120000 | |
| EMPDH | 25000 | 5000 |
| NEW | 500000 | 5000 |
| NEWPP | 250000 | 5000 |
| ARSRE | 5000 | |

## REMARKS (Including Special Conditions)

## CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ____10____ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST
NAME AND ADDRESS

Affinity Bank
It's Successors and/or Assigns
PO Box 8525
Ventura CA 93002-8525

[X] MORTGAGEE     : ADDITIONAL INSURED
[ ] LOSS PAYEE
LOAN #

**AUTHORIZED REPRESENTATIVE**

ACORD 27 (3/93)      © ACORD CORPORATION 1993

## ACORD EVIDENCE OF PROPERTY INSURANCE

OP ID KA

DATE (MM/DD/YY)
09/07/07

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE
RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

| PRODUCER | PHONE/FAX 505-292-8000 /505-292-0900 | COMPANY |
|---|---|---|

**PRODUCER**

Brown, Seligman & Thomas
7906 Menaul NE
Albuquerque NM 87110
Kenneth P. Aspan
CODE: OF5355                    SUB CODE:
AGENCY
CUSTOMER ID #: JTSSI-1

**COMPANY**

St Paul Travelers
6060 S. Willow Drive
Greenwood Village CO 80111

**INSURED**

JTS Sims, LLC
ATTN: Troy Baillio
PO Box 90563
Albuquerque NM 87199

LOAN NUMBER

POLICY NUMBER
6809921C523

EFFECTIVE DATE        EXPIRATION DATE
05/23/07              05/23/08

CONTINUED UNTIL
TERMINATED IF CHECKED

THIS REPLACES PRIOR EVIDENCE DATED:

### PROPERTY INFORMATION

LOCATION/DESCRIPTION
001

OFFICE

400-424 GOLD SW
ALBUQUERQUE NM 87102

### COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Premise 101  Building 001 | | |
| Building | 14700000 | 5000 |
| Business Inc. with Extra Exp | 1120000 | |
| EMPDH | 25000 | 5000 |
| NEW | 500000 | 5000 |
| NEWPP | 250000 | 5000 |
| ARSRE | 5000 | |

### REMARKS (Including Special Conditions)

### CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE
POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ___10___ DAYS
WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT
INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

### ADDITIONAL INTEREST

NAME AND ADDRESS

SILAR SPECIAL OPPORTUNITIES,
333 7th Avenue
3rd Floor
NEW YORK NY 10001

X MORTGAGEE      ADDITIONAL INSURED
  LOSS PAYEE
  LOAN #

AUTHORIZED REPRESENTATIVE

ACORD 27 (3/93)

© ACORD CORPORATION 1993

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NUMBER: 11-07-12153 SA                          CHAPTER 11

## FOUR MONTH INCOME AND EXPENSE PROJECTION

```
   _____   _____   _____   _____
   (MONTH)   (MONTH)   (MONTH)   (MONTH)
```

INCOME FROM OPERATIONS
(Indicate source categories,
i.e., rent, sales, service,
etc.)

      1.

      2.                    **SEE ATTACHED FINANCIAL PROJECTION.**

      3.

          (SUBTOTAL)

TOTAL INCOME

EXPENSES

      Cost of Goods Sold

      Salaries

      Taxes

      Insurance

      Rent

      Other (Itemize)

      1.

      2.

      3.

      4.

          (SUBTOTAL)

TOTAL EXPENSES

PROJECTED NET INCOME
<LOSS> FROM OPERATIONS

(ATTACH TO DEBTOR'S INITIAL REPORT)

# 2007 BUDGET - Summary Page

**Property: JTS/Simms**
**Property Address: 400 Gold Avenue S.W. Albuquerque NM**
**Building Sq.Ft.: 113114**

| ACCOUNTING CATEGORY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rental Income** | | | | | | | | | | | | | | |
| 3110 Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,326 | 78,326 | 78,326 | 78,326 | 313,302 | $ 2.77 |
| Total Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,326 | 78,326 | 78,326 | 78,326 | 313,302 | $ 2.77 |
| **Additional Income** | | | | | | | | | | | | | | |
| 3112 Parking Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,500 | 10,500 | 10,500 | 10,500 | 42,000 | $ 0.37 |
| 3114 Executive Suite Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 320 | 320 | 320 | 320 | 1,280 | $ 0.01 |
| 3330 Storage Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 925 | 925 | 925 | 925 | 3,700 | $ 0.03 |
| Total Reimb. Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,745 | 11,745 | 11,745 | 11,745 | 46,980 | $ 0.42 |
| **TOTAL INCOME** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90,071 | 90,071 | 90,071 | 90,071 | 360,282 | $ 3.19 |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | |
| **Property Taxes/Insurance** | | | | | | | | | | | | | | |
| 4100 Real Estate Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27,000 | 27,000 | $ 0.24 |
| 4120 Property Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,416 | 1,416 | 1,416 | 1,416 | 5,664 | $ 0.05 |
| Total Taxes & Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,416 | 1,416 | 1,416 | 28,416 | 32,664 | $ 0.29 |
| **Repair and Maintenance** | | | | | | | | | | | | | | |
| 4212 Carpet/Floor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 300 | 750 | 0 | 1,800 | $ 0.02 |
| 4220 HVAC Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,300 | 3,050 | 2,300 | 2,300 | 9,950 | $ 0.09 |
| 4225 Electrical Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 550 | 300 | 300 | 1,450 | $ 0.01 |
| 4230 Plumbing Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 250 | 370 | 400 | 1,320 | $ 0.01 |
| 4235 Elevator Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 750 | $ 0.01 |
| 4236 Contingency | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | $ 0.04 |
| 4238 Door/Lock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | 300 | $ 0.00 |
| 4245 Security System Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,750 | 2,750 | 1,750 | 0 | 7,250 | $ 0.06 |
| 4248 Glass/Window Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 260 | 0 | 250 | 510 | $ 0.00 |
| 4250 Interior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 1,000 | $ 0.01 |
| 4255 Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 1,000 | $ 0.01 |
| 4256 Landscaping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 | 150 | $ 0.00 |
| 4258 Directory/Sign Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | $ 0.00 |
| 4260 Roof Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375 | 0 | 375 | $ 0.00 |
| 4265 Parking Lot Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,750 | 2,500 | 250 | 0 | 5,500 | $ 0.05 |
| 4270 Snow Removal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 | $ 0.00 |
| 4271 Janitorial Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,175 | 1,175 | 675 | 675 | 3,700 | $ 0.03 |
| 4273 Maintenance Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 50 | 50 | 200 | $ 0.00 |

# 2007 BUDGET - Summary Page

**Property:** JTS/Simms
**Property Address:** 400 Gold Avenue S.W. Albuquerque NM
**Building Sq.Ft.:** 113114

Case 07-12153-s7    Doc 37    Filed 09/17/07    Entered 09/17/07 16:57:29 Page 12 of 27

| ACCOUNTING CATEGORY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4274 Lightbulbs and Fixtures | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 350 | 350 | 350 | 350 | 1,400 | $ 0.01 |
| 4282 Payroll-Onsite Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,160 | 2,160 | 2,160 | 2,160 | 8,641 | $ 0.08 |
| 4290 Vacancy Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 250 | 0 | 500 | $ 0.00 |
| **Total Repair & Maint** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **14,635** | **15,295** | **11,630** | **8,535** | **50,096** | **$ 0.44** |
| **Utilities** | | | | | | | | | | | | | | |
| 4310 Electric | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,000 | 18,500 | 13,000 | 10,750 | 62,250 | $ 0.55 |
| 4330 Natural Gas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 500 | 2,000 | 3,600 | 6,250 | $ 0.06 |
| 4320 Water/Sewer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,438 | 2,438 | 2,438 | 2,438 | 9,752 | $ 0.09 |
| 4325 Refuse | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 380 | 380 | 380 | 380 | 1,520 | $ 0.01 |
| 4340 Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 235 | 235 | 235 | 235 | 940 | $ 0.01 |
| **Total Utilities** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **23,203** | **22,053** | **18,053** | **17,403** | **80,712** | **$ 0.71** |
| **Contract Services** | | | | | | | | | | | | | | |
| 4810 Janitorial Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,600 | 3,600 | 3,600 | 3,600 | 14,400 | $ 0.13 |
| 4814 Window Washing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4820 Elevator Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 3,100 | 3,150 | 3,000 | 12,250 | $ 0.11 |
| 4825 Fire/Life Safety Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 500 | 0 | 2,500 | $ 0.02 |
| 4830 HVAC Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 | 1,650 | 1,600 | 1,600 | 6,450 | $ 0.06 |
| 4835 Security Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4840 Monitoring Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 163 | 163 | 188 | 163 | 678 | $ 0.01 |
| 4850 Water Treatment Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 175 | 175 | 175 | 175 | 700 | $ 0.01 |
| 4860 Pest Control Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 185 | 185 | 185 | 185 | 740 | $ 0.01 |
| 4870 Landscape Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4875 Plant Service Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4890 Parking Lot Sweeping Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| **Total Contract Services** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **8,723** | **10,873** | **9,398** | **8,723** | **37,718** | **$ 0.33** |
| **Administrative & Misc. Expenses** | | | | | | | | | | | | | | |
| 4901 Acctg/Postage/Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 | 20 | 20 | 80 | $ 0.00 |
| 4902 Public Relations/Decor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 500 | $ 0.00 |
| 4903 Legal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 750 | 0 | 1,500 | $ 0.01 |
| 4921 Payroll-Executive Secretary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,931 | 1,931 | 1,931 | 1,931 | 7,722 | $ 0.07 |
| 4922 Payroll-Exec Suite Administrator | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,432 | 2,432 | 2,432 | 2,432 | 9,727 | $ 0.09 |
| 4923 Payroll-T Ballio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | $ 0.18 |
| 4976 Off Site Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,360 | 5,360 | 5,360 | 5,360 | 21,438 | $ 0.19 |

# 2007 BUDGET - Summary Page

**Property:** *JTS/Simms*

**Property Address:** *400 Gold Avenue S.W. Albuquerque NM*

**Building Sq.Ft.:** *113114*

| ACCOUNTING CATEGORY | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4977 | NMGRT - Off Site Mgmt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 368 | 368 | 368 | 368 | 1,474 | $ 0.01 |
| 5265 | Executive Suite Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,225 | 2,225 | 2,225 | 2,225 | 8,900 | $ 0.08 |
| | **Total Admin & Misc** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **17,335** | **18,086** | **18,585** | **17,335** | **71,341** | **$ 0.63** |
| | **TOTAL OPERATING EXPENSES** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **65,313** | **67,723** | **59,083** | **80,413** | **272,531** | **$ 2.41** |
| | **NET OPERATING INCOME** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **24,758** | **22,348** | **30,988** | **9,658** | **87,751** | **$ 0.78** |

P:\Fsa1\Propmgmt\AFC One\JTS Simms 09 12 07.xls

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NUMBER: 11-07-12153 SA                    CHAPTER 11


## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL
## RESPONSIBLE FOR DISCHARGING DEBTOR'S DUTIES


    The Debtor-in-Possession in the above and foregoing case hereby designates

_____Troy Baillio_____, as provided under Bankruptcy Rule

9001(5) as the individual responsible for discharging the duties of the Debtor under 11

U.S.C section 1107 and as may be required by the Court or the United States Trustee.


DATE: 9/17/07                    DEBTOR-IN-POSSESSION

DATE: 9/17/07                    BY: _____

                   ACCEPTED BY: _____

                   NAME: Troy Baillio

                   TITLE: Manager

                   ADDRESS: 400 Gold SW, Suite 500
                               Albuquerque, NM 87102

                   TELEPHONE: (505) 792-8854


(ATTACH TO DEBTOR'S INITIAL REPORT)

EXHIBIT "6"

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NUMBER: 11-07-12153 SA                                    CHAPTER 11

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL RESPONSIBLE FOR PREPARATION OF FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

The Debtor-in-Possession in the above and foregoing case hereby designates

New Mexico Real Estate Advisors, Inc.                , as the individual responsible for the

preparation of all financial reports as required by the Court or the United States Trustee.

Should this individual cease to be responsible for the preparation of these reports, the

Debtor-in-Possession will promptly designate the new responsible individual in the same

form and manner as expressed by this designation and acceptance.

DATE: 9/17/07        DEBTOR-IN-POSSESSION

BY: _____

ACCEPTED BY: Troy Baillio _____

RESPONSIBLE PARTY
New Mexico Real Estate Advisors, Inc. dba Grubb & Ellis/New Mexico

NAME: By Mary-Jo Griffin _____

ADDRESS: 2400 Louisiana Blvd NE _____
Bldg 1. Suite 300 _____
Albuquerque, NM 87110 _____

TELEPHONE: (505) 883-7676 _____

Mary-Jo Griffin, Executive Vice President
New Mexico Real Estate Advisors, Inc. dba Grubb & Ellis/New Mexico

(ATTACH TO DEBTOR'S INITIAL REPORT)

CASE NAME: JTS/Simms, LLC, a New Mexico Limited liability company

CASE NUMBER: 11-07-12153 SA                    CHAPTER 11

## DEBTOR'S SECTION 345 CERTIFICATE

### (See Guidelines for Additional Information)

The following information reflects a true and accurate accounting of the Debtor's bank accounts and other cash deposits in any form with any institution. It is the Debtor-in-Possession's responsibility to comply with 11 U.S.C. section 345 so that all funds of the estate are fully insured at all times and I understand three (3) separate "Debtor-in-Possession" accounts are to be maintained, a GENERAL ACCOUNT, PAYROLL ACCOUNT and TAX ACCOUNT.

**The following information represents the account balances of all cash deposits as of the date of the Order of Relief:**

| BANKING INSTITUTION | ACCOUNT NUMBER | BALANCE |
|---|---|---|
| New Mexico Real Estate Advisors, Inc. dba Grubb & Ellis/New Mexico PM Trust Account for JTS/Simms, LLC | 00298 5586 | |

**The Debtor-in-Possession Bank Accounts:**

(attach copy of account signature cards and voided sample of pre-printed DIP check)

| BANKING INSTITUTION | ACCOUNT | ACCOUNT NUMBER |
|---|---|---|
| **SEE ATTACHED.** | | |

(ATTACH TO DEBTOR'S INITIAL REPORT)

**NMREA dba Grubb & Ellis|NM**
Prop mgmt trust fbo JTS/Simms
DIP case #110712153SA
2400 Louisiana NE, #1, Ste 300
Albuquerque, NM 87110

New Mexico Bank & Trust
P.O. Box 1048
Albuquerque, NM 87103

95-654/1070

1234

\*\*\*\* ONE THOUSAND TWO HUNDRED THIRTY FOUR AND 56/100 DOLLARS

TO THE
ORDER OF

Optional second vendor

09/11/07

$1,234.56\*\*\*

VOID

Vendor Name
Line1 Vendor Address
Line2 Vendor Address
Line3 Vendor Address

NON-NEGOTIABLE

MEMO: Optional check memo

⑈⑆O1234⑈⑆ ⑆⑈107006541⑈⑆ 6155949⑈⑆

DATE:09/11/07  CK#:1234  TOTAL:$1,234.56\*\*\*  BANK:SIMMSDIP - Simms-debtor in possession
PAYEE:Vendor Name(     )  MEMO: Optional check memo

| Property | Account | Invoice | Description | Amount |
|----------|---------|---------|-------------|--------|
| PropCode | AcctNum | InvNum | Invoice Notes | 1,000.55 |
| PropCode | AcctNum | InvNum | Invoice Notes | 234.01 |
| | | | | 1,234.56 |

VOID

---

**NMREA dba Grubb & Ellis|NM**
Prop mgmt trust fbo JTS/Simms
DIP case #110712153SA
2400 Louisiana NE, #1, Ste 300
Albuquerque, NM 87110

New Mexico Bank & Trust
P.O. Box 1048
Albuquerque, NM 87103

95-654/1070

1234

VOID

\*\*\*\* ONE THOUSAND TWO HUNDRED THIRTY FOUR AND 56/100 DOLLARS

TO THE
ORDER OF

Optional second vendor

09/11/07

$1,234.56\*\*\*

Vendor Name
Line1 Vendor Address
Line2 Vendor Address
Line3 Vendor Address

NON-NEGOTIABLE

MEMO: Optional check memo

## BOARDING DATA ACCOUNT SUMMARY

The information contained on this form is for the Financial Institution's use only.                    September 11, 2007

| Account Holder: | NMREA DBA GRUBB & ELLIS/NEW MEXICO PROPERTY MGMT RESERVE FBO JTS/SIMMS LLC 2400 LOUISIANA BLVD NE BLDG 1 STE 300 ALBUQUERQUE, NM 87110 | Financial Institution: | NEW MEXICO BANK & TRUST MAIN BANK 320 GOLD SW SUITE 100 PO BOX 1048 ALBUQUERQUE, NM 87102 |
|---|---|---|---|

Reporting TIN: 20-0510585
Home Phone: (505) 833-7676
CIF Number:

Backup Withholding Status:  Customer is not subject to Backup Withholding

### Account Information

Product Category:   Non-Personal Interest Bearing Checking; Interest Checking

Product Name:  NMBT Business Market Max
Non-Truncated (285)

| Account Number: | 6155923 |
|---|---|
| Opening Date: | 09-07-2007 |

| Account Purpose: | Non Consumer |
|---|---|
| Service Charge: | Regular |

| Funds Source | Amount | Existing Funds |
|---|---|---|
| Cash Back | | |
| Opening Deposit | | |

### Interest Information

Rate Selection:  Rate changes at the institution's discretion

| Initial Interest Rate: | | Compounding: | Monthly |
|---|---|---|---|
| Initial APY: | | Crediting: | Monthly |
| Accrual Basis: | Actual/Actual | Interest Payment: | |
| Index Name: | | Current Index Rate: | Margin: |

MEMBER SUPPORT COPY

**Account Type:** Corporation

**Account Ownership:**   Corporation

## Signers and Identification

Number of Signers Required: 1

| Signer Name/SSN | Address | Phone | | Employer |
|---|---|---|---|---|
| JOHN R LEWINGER<br>SSN/TIN: 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 | 2400 LOUISIANA BLVD NE BLDG 1  Primary: (505) 833-7676<br>STE 300<br>ALBUQUERQUE, NM 87110 | | | |

Contact Information
Primary Phone:  (505) 833-7676          Instructions:

Identification
Primary ID       Type:            Number:          Issued:          Exp. Date:
                 Issued By:
Secondary ID     Type:            Number:          Issued:          Exp. Date:
                 Issued By:

MARTI A PARTRIDGE          2400 LOUISIAN A BLVD NE BLDG
SSN/TIN: 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       NE 1 STE 300
                           ALBUQUERQUE, NM 87110

Contact Information
Primary Phone:                        Instructions:

Identification
Primary ID       Type:            Number:          Issued:          Exp. Date:
                 Issued By:
Secondary ID     Type:            Number:          Issued:          Exp. Date:
                 Issued By:

MARY JO GRIFFIN          2400 LOUISIANA BLVD NE BLDG 1  Primary: (505) 833-7676
SSN/TIN: 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     STE 300
                         ALBUQUERQUE, NM 87110

Contact Information
Primary Phone:  (505) 833-7676          Instructions:

Identification
Primary ID       Type:            Number:          Issued:          Exp. Date:
                 Issued By:
Secondary ID     Type:            Number:          Issued:          Exp. Date:
                 Issued By:

NMREA DBA GRUBB &        2400 LOUISIANA BLVD NE BLDG 1  Primary: (505) 833-7676
ELLIS/NEW MEXICO         STE 300
SSN/TIN: 20-0510585      ALBUQUERQUE, NM 87110

Contact Information
Primary Phone:  (505) 833-7676          Instructions:

Identification
Primary ID       Type:            Number:          Issued:          Exp. Date:
                 Issued By:
Secondary ID     Type:            Number:          Issued:          Exp. Date:
                 Issued By:

MEMBER SUPPORT COPY
Case 07-12153-s7    Doc 37    Filed 09/17/07    Entered 09/17/07 16:57:29 Page 19 of 27

**BOARDING DATA ACCOUNT SUMMARY**
**(Continued)**

## Opening Information

| | | |
|---|---|---|
| **Branch Number:** | 01 | **Branch Name:** MAIN BANK |
| **Officer ID:** | | |
| **Open By:** | B6GMO | |
| **Verified By:** | ChexSystems Inc | |
| **Checks Ordered:** | NONE | |
| **Comments:** | opened by gmo | |

DEPOSIT PRO. Ver. 3.63.00.004 Copr. Harland Financial Solutions, Inc. 1996, 2007. All Rights Reserved. NM - NM - J:\CFI\TIS\U4OTIS TR-97287

MEMBER SUPPORT COPY

| NEW MEXICO BANK & TRUST 6155923 | Account Purpose: Non Consumer |
|---|---|

| Account Holder Name(s): NMREA DBA GRUBB & ELLIS/NEW MEXICO PROPERTY MGMT RESERVE FBO JTS/SIMMS LLC DEBTOR IN POSSESSION CASE NO. 11-07-12153SA |
|---|
| Reporting SSN/TIN: 20-0510585 |
| Mailing Address: 2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110 |
| Street Location: 2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110 |
| Telephone Number: (505) 833-7676     Work #: |
| Number of Signatures Required: 1     CIF Number: |

| ACCOUNT TYPE NMBT Business Market Max Non-Truncated (285) | ACCOUNT NUMBER 6155923 | | |
|---|---|---|---|
| Date Opened 09-07-07 | Date Revised | Opened By B6GMO | Verified By ChexSystems Inc |

BUSINESS TYPE: Corporation

| Signatures of Authorized Individuals. This Agreement is subject to all terms below. | |
|---|---|
| X<br>JOHN R LEWINGER, of NMREA DBA GRUBB & ELLIS/NEW MEXICO | X<br>MARTI A PARTRIDGE, of NMREA DBA GRUBB & ELLIS/NEW MEXICO |
| X<br>MARY JO GRIFFIN, of NMREA DBA GRUBB & ELLIS/NEW MEXICO | |

(Signatures and printed names of each account signer)

The authorized Agent(s) signing above agree(s), that the Corporation's Account(s) will be governed by the terms set forth in the Deposit Account Agreement and Disclosure, the Time Certificate of Deposit or Confirmation of Time Deposit Agreement (if applicable), the Rate and Fee Schedule, the Funds Availability Policy Disclosure, the Substitute Check Policy Disclosure, the Electronic Funds Transfer Agreement and Disclosure, (if applicable), and acknowledge receipt of our privacy policy (if applicable), as amended by the Financial Institution from time to time. The authorized Agent(s) also acknowledge that they have received at least one copy of these deposit account documents.

**TIN/BACKUP WITHHOLDING**     Reporting TIN: 20-0510585
Important: Under penalties of perjury, I certify that the number shown above is the Corporation's correct taxpayer identification number, I am a U.S. person (including a U.S. resident alien), and that (check appropriate box):

☒ The Corporation is not subject to backup withholding, because the Corporation is exempt from backup withholding, or because the Corporation has not been notified by the IRS that the Corporation is subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified the Corporation that the Corporation is no longer subject to backup withholding.

☐ The Corporation is subject to backup withholding.

Signature of Authorized Individual: X_____

                                                            Date

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.
                                                            MMN = Mother's Maiden Name

| Name: JOHN R LEWINGER | SSN: 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 |
|---|---|
| Street: 2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110 | |
| Mailing: | |
| Phone: (H): (505) 833-7676     (W): | |
| Job: | |
| DOB: | |
| ID: | MMN: |

| Name: MARTI A PARTRIDGE | SSN: 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 |
|---|---|
| Street: 2400 LOUISIAN A BLVD NE BLDG NE 1 STE 300, ALBUQUERQUE, NM 87110 | |
| Mailing: | |
| Phone: (H):     (W): | |
| Job: | |
| DOB: | |
| ID: | MMN: |

DEPOSIT PRO, Ver. 6.89.00.004 Copr. Harland Financial Solutions, Inc. 1996, 2007. All Rights Reserved. NM - MM - L760895.26 TR-37297

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.
MMN = Mother's Maiden Name

Name:  **MARY JO GRIFFIN**                              SSN: **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**
Street: **2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110**
Mailing:
Phone:  (H): **(505) 833-7676**      (W):
Job:
DOB:
ID:                                               MMN:

DEPOSIT PRO, Ver. 8.69.00.004  Copr. Harland Financial Solutions, Inc, 1996, 2007.  All Rights Reserved.  NM - NM - L70D5PS.25  TR-97297

## BOARDING DATA ACCOUNT SUMMARY

The information contained on this form is for the Financial Institution's use only.        September 11, 2007

| | | | |
|---|---|---|---|
| **Account Holder:** | NMREA DBA GRUBB & ELLIS/NEW MEXICO PROPERTY MGMT TRUST ACCT FBO JTS/SIMMS LLC DEBTOR IN POSSESSION CASE NO. 11-07-12153SA 2400 LOUISIANA BLVD NE BLDG 1 STE 300 ALBUQUERQUE, NM  87110 | **Financial Institution:** | NEW MEXICO BANK & TRUST MAIN BANK 320 GOLD SW SUITE 100 PO BOX 1048 ALBUQUERQUE, NM  87102 |

**Reporting TIN:**  20-0510585
**Home Phone:**  (505) 833-7676
**CIF Number:**

Backup Withholding Status:  Customer is not subject to Backup Withholding

## Account Information

**Product Category:**  Non-Personal Checking; Non-Interest Checking

**Product Name:**  NMBT Regular Commercial Checking (200)

**Account Number:**  6155949
**Opening Date:**  09-07-2007

**Account Purpose:**  Non Consumer
**Service Charge:**  Regular

| Funds Source | Amount | Existing Funds |
|---|---|---|
| Check | 6,000.00 | N |
| Cash Back | | |
| Opening Deposit | 6,000.00 | |

MEMBER SUPPORT COPY

## BOARDING DATA ACCOUNT SUMMARY
### (Continued)

**Account Type:** Corporation

**Account Ownership:**   Corporation

**Signers and Identification**

**Number of Signers Required:** 1

| Signer Name/SSN | Address | Phone | Employer |
|---|---|---|---|
| JOHN R LEWINGER<br>SSN/TIN:  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 | 2400 LOUISIANA BLVD NE BLDG 1   Primary: (505) 833-7676<br>STE 300<br>ALBUQUERQUE, NM 87110 | | |

    **Contact Information**
      Primary Phone:    (505) 833-7676        Instructions:

    **Identification**
      Primary ID    Type:        Number:      Issued:      Exp. Date:
                Issued By:
      Secondary ID    Type:        Number:      Issued:      Exp. Date:
                Issued By:

MARTI A PARTRIDGE    2400 LOUISIAN A BLVD NE BLDG
SSN/TIN: 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    NE 1 STE 300
                ALBUQUERQUE, NM 87110

    **Contact Information**
      Primary Phone:                Instructions:

    **Identification**
      Primary ID    Type:        Number:      Issued:      Exp. Date:
                  Issued By:
      Secondary ID    Type:        Number:      Issued:      Exp. Date:
                Issued By:

MARY JO GRIFFIN    2400 LOUISIANA BLVD NE BLDG 1  Primary: (505) 833-7676
SSN/TIN:  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    STE 300
                ALBUQUERQUE, NM 87110

    **Contact Information**
      Primary Phone:    (505) 833-7676        Instructions:

    **Identification**
      Primary ID    Type:        Number:      Issued:      Exp. Date:
                  Issued By:
      Secondary ID    Type:        Number:      Issued:      Exp. Date:
                Issued By:

NMREA DBA GRUBB &    2400 LOUISIANA BLVD NE BLDG 1  Primary: (505) 833-7676
ELLIS/NEW MEXICO    STE 300
SSN/TIN: 20-0510585    ALBUQUERQUE, NM 87110

    **Contact Information**
      Primary Phone:    (505) 833-7676        Instructions:

    **Identification**
      Primary ID    Type:        Number:      Issued:      Exp. Date:
                  Issued By:
      Secondary ID    Type:        Number:      Issued:      Exp. Date:
                Issued By:

MEMBER SUPPORT COPY

## BOARDING DATA ACCOUNT SUMMARY
### (Continued)

### Opening Information

| | | |
|---|---|---|
| **Branch Number:** | 01 | **Branch Name:**  MAIN BANK |
| **Officer ID:** | | |
| **Open By:** | B6GMO | |
| **Verified By:** | ChexSystems Inc | |
| **Checks Ordered:** | NONE | |
| **Comments:** | OPENED BY GMO NEW 6000.00 | |

DEPOSIT PRO, Ver. 6.85.00.004  Copr. Harland Financial Solutions, Inc. 1996, 2007.  All Rights Reserved.  NM - NM - J:\CFI.TIS\UAOTIS  TR-97244

MEMBER SUPPORT COPY

**NEW MEXICO BANK & TRUST**                    6155949

| Account Holder Name(s): NMREA DBA GRUBB & ELLIS/NEW MEXICO PROPERTY MGMT TRUST ACCT FBO JTS/SIMMS LLC DEBTOR IN POSSESSION 11-07-12153SA | Account Purpose: Non Consumer | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **ACCOUNT TYPE** NMBT Regular Commercial Checking (200) | | **ACCOUNT NUMBER** 6155949 | |
| Date Opened 09-07-07 | Date Revised | Opened By B6GMO | Verified By ChexSystems Inc |

Reporting SSN/TIN:  20-0510585
Mailing Address: 2400 LOUISIANA BLVD NE BLDG 1 STE 300,
                  ALBUQUERQUE, NM 87110
Street Location:  2400 LOUISIANA BLVD NE BLDG 1 STE 300,
                  ALBUQUERQUE, NM 87110
Telephone Number: (505) 833-7676        Work #:
Number of Signatures Required: 1     CIF Number:
BUSINESS TYPE: Corporation

| Signatures of Authorized Individuals. This Agreement is subject to all terms below. | |
|---|---|
| X<br><br>JOHN R LEWINGER, of NMREA DBA GRUBB & ELLIS/NEW MEXICO | X<br><br>MARTI A PARTRIDGE, of NMREA DBA GRUBB & ELLIS/NEW MEXICO |
| X<br><br>MARY JO GRIFFIN, of NMREA DBA GRUBB & ELLIS/NEW MEXICO | |
| (Signatures and printed names of each account signer) | |

The authorized Agent(s) signing above agree(s), that the Corporation's Account(s) will be governed by the terms set forth in the Deposit Account Agreement and Disclosure, the Time Certificate of Deposit or Confirmation of Time Deposit Agreement (if applicable), the Rate and Fee Schedule, the Funds Availability Policy Disclosure, the Substitute Check Policy Disclosure, the Electronic Funds Transfer Agreement and Disclosure, (if applicable), and acknowledge receipt of our privacy policy (if applicable), as amended by the Financial Institution from time to time. The authorized Agent(s) also acknowledge that they have received at least one copy of these deposit account documents.

**TIN/BACKUP WITHHOLDING**         Reporting TIN: 20-0510585
Important: Under penalties of perjury, I certify that the number shown above is the Corporation's correct taxpayer identification number, I am a U.S. person (including a U.S. resident alien), and that (check appropriate box):

☒ The Corporation is not subject to backup withholding, because the Corporation is exempt from backup withholding, or because the Corporation has not been notified by the IRS that the Corporation is subject to backup withholding as a result of failure to report all interest or dividends, or because the IRS has notified the Corporation that the Corporation is no longer subject to backup withholding.

☐ The Corporation is subject to backup withholding.

Signature of Authorized Individual:  X _____

                                                                        Date

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.
                                                                        MMN = Mother's Maiden Name

Name:  JOHN R LEWINGER                        SSN: 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
Street: 2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110
Mailing:
Phone: (H): (505) 833-7676     (W):
Job:
DOB:
ID:                                           MMN:

Name:  MARTI A PARTRIDGE                       SSN: 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
Street: 2400 LOUISIAN A BLVD NE BLDG NE 1 STE 300, ALBUQUERQUE, NM 87110
Mailing:
Phone: (H):                    (W):
Job:
DOB:
ID:                                           MMN:

DEPOSIT PRO, Ver. 8.09-00.004  Copr. Harland Financial Solutions, Inc. 1996, 2007.  All Rights Reserved.  NM - NM - L700895.25  TR-37244

The following information may be used to further identify individual(s) for telephone instructions, large transactions, or if a signature varies.
MMN = Mother's Maiden Name

Name:  **MARY JO GRIFFIN**                                    SSN: **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**
Street: **2400 LOUISIANA BLVD NE BLDG 1 STE 300, ALBUQUERQUE, NM 87110**
Mailing:
Phone:  (H): **(505) 833-7676**        (W):
Job:
DOB:
ID:                                              MMN:

DEPOSIT PRO, Ver. 5.69.00.004  Copr. Harland Financial Solutions, Inc. 1996, 2007.  All Rights Reserved.  NM - NM - LTCMPS.29  TR-57294