UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

JTS/SIMMS, LLC  
a New Mexico limited liability company

Case No. 11-07-12153 SA  
Chapter 11

Debtor.

## DEBTOR'S AMENDED BUDGET FOR AMENDED FIRST MOTION FOR USE OF CASH COLLATERAL EMERGENCY CASH COLLATERAL MOTION

The Debtor in Possession JTS Simms/, LLC (the "Debtor"), submits the attached budget in place of the budget attached to the amended first motion for use of cash collateral, filed September 5, 2007.

JACOBVITZ, THUMA & WALKER  
a Professional Corporation

By: s/filed electronically  
Robert H. Jacobvitz  
500 Marquette NW, Suite 650  
Albuquerque, NM 87102  
(505) 766-9272

This certifies that a copy of the forgoing was served by first class mail on:

James A. Askew  
Rodey, Dickason, Sloan, Akin & Robb P.A.  
P. O. Box 1888  
Albuquerque, NM 87103

Alan Knighton  
Steidert & Associative  
3240D Jan Tabo N.E.  
Albuquerque, New Mexico 87111

United States Trustee  
P. O. Box 608  
Albuquerque, NM 87103

this 19th day of September, 2007.

s/filed electronically
Robert H. Jacobvitz

# 2007 BUDGET - Summary Page

**Property:** *JTS/Simms*
**Property Address:** *400 Gold Avenue S.W. Albuquerque NM*
**Building Sq.Ft.:** *113114*

| ACCOUNTING CATEGORY | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rental Income** | | | | | | | | | | | | | | | |
| 3110 | Rental Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,326 | 78,326 | 78,326 | 78,326 | 313,302 | $ 2.77 |
| | **Total Rental Income** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,326 | 78,326 | 78,326 | 78,326 | **313,302** | **$ 2.77** |
| **Additional Income** | | | | | | | | | | | | | | | |
| 3112 | Parking Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,500 | 10,500 | 10,500 | 10,500 | 42,000 | $ 0.37 |
| 3114 | Executive Suite Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 320 | 320 | 320 | 320 | 1,280 | $ 0.01 |
| 3330 | Storage Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 925 | 925 | 925 | 925 | 3,700 | $ 0.03 |
| | **Total Reimb. Income** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,745 | 11,745 | 11,745 | 11,745 | **46,980** | **$ 0.42** |
| **TOTAL INCOME** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90,071 | 90,071 | 90,071 | 90,071 | **360,282** | **$ 3.19** |

## OPERATING EXPENSES

### Property Taxes/Insurance

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4100 | Real Estate Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4120 | Property Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| | **Total Taxes & Insurance** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** | **$ -** |

### Repair and Maintenance

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4212 | Carpet/Floor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 300 | 750 | 0 | 1,800 | $ 0.02 |
| 4220 | HVAC Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,300 | 3,050 | 2,300 | 2,300 | 9,950 | $ 0.09 |
| 4225 | Electrical Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 550 | 300 | 300 | 1,450 | $ 0.01 |
| 4230 | Plumbing Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 250 | 370 | 400 | 1,320 | $ 0.01 |
| 4235 | Elevator Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 750 | $ 0.01 |
| 4236 | Contingency | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | $ 0.04 |
| 4238 | Door/Lock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | 300 | $ 0.00 |
| 4245 | Security System Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,750 | 2,750 | 1,750 | 0 | 7,250 | $ 0.06 |
| 4248 | Glass/Window Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 260 | 0 | 250 | 510 | $ 0.00 |
| 4250 | Interior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 1,000 | $ 0.01 |
| 4255 | Exterior Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 250 | 250 | 250 | 1,000 | $ 0.01 |
| 4256 | Landscaping | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | $ 0.00 |
| 4258 | Directory/Sign Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 0 | 150 | $ 0.00 |
| 4260 | Roof Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375 | 0 | 375 | $ 0.00 |
| 4265 | Parking Lot Repairs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,750 | 2,500 | 250 | 0 | 5,500 | $ 0.05 |
| 4270 | Snow Removal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 | $ 0.00 |
| 4271 | Janitorial Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,175 | 1,175 | 675 | 675 | 3,700 | $ 0.03 |
| 4273 | Maintenance Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50 | 50 | 50 | 200 | $ 0.00 |

Case 07-12153-s7    Doc 41    Filed 09/19/07    Entered 09/19/07 16:52:09 Page 3 of 5

# 2007 BUDGET - Summary Page

**Property:** JTS/Simms
**Property Address:** 400 Gold Avenue S.W. Albuquerque NM
**Building Sq.Ft.:** 113114

| | ACCOUNTING CATEGORY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4274 | Lightbulbs and Fixtures | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 350 | 350 | 350 | 350 | 1,400 | $ 0.01 |
| 4282 | Payroll-Onsite Maintenance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,667 | 1,667 | 1,667 | 1,667 | 6,668 | $ 0.06 |
| | Payroll-Onsite Maintenance Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 493 | 493 | 493 | 493 | 1,973 | $ 0.02 |
| 4290 | Vacancy Repair | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 0 | 250 | 0 | 500 | $ 0.00 |
| | **Total Repair & Maint** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **14,635** | **15,295** | **11,630** | **8,535** | **50,096** | **$ 0.44** |

### Utilities

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4310 | Electric | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,000 | 18,500 | 13,000 | 10,750 | 62,250 | $ 0.55 |
| 4330 | Natural Gas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 500 | 2,000 | 3,600 | 6,250 | $ 0.06 |
| 4320 | Water/Sewer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,438 | 2,438 | 2,438 | 2,438 | 9,752 | $ 0.09 |
| 4325 | Refuse | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 380 | 380 | 380 | 380 | 1,520 | $ 0.01 |
| 4340 | Telephone | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 235 | 235 | 235 | 235 | 940 | $ 0.01 |
| | **Total Utilities** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **23,203** | **22,053** | **18,053** | **17,403** | **80,712** | **$ 0.71** |

### Contract Services

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4810 | Janitorial Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,600 | 3,600 | 3,600 | 3,600 | 14,400 | $ 0.13 |
| 4814 | Window Washing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4820 | Elevator Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 3,100 | 3,150 | 3,000 | 12,250 | $ 0.11 |
| 4825 | Fire/Life Safety Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 500 | 0 | 2,500 | $ 0.02 |
| 4830 | HVAC Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 | 1,650 | 1,600 | 1,600 | 6,450 | $ 0.06 |
| 4835 | Security Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4840 | Monitoring Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 163 | 163 | 188 | 163 | 678 | $ 0.01 |
| 4850 | Water Treatment Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 175 | 175 | 175 | 175 | 700 | $ 0.01 |
| 4860 | Pest Control Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 185 | 185 | 185 | 185 | 740 | $ 0.01 |
| 4870 | Landscape Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4875 | Plant Service Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| 4890 | Parking Lot Sweeping Contract | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| | **Total Contract Services** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **8,723** | **10,873** | **9,398** | **8,723** | **37,718** | **$ 0.33** |

### Administrative & Misc. Expenses

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4901 | Acctg/Postage/Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 | 20 | 20 | 80 | $ 0.00 |
| 4902 | Public Relations/Decor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 500 | $ 0.00 |
| 4903 | Legal-Lease Review | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 750 | 0 | 1,500 | $ 0.01 |
| | Legal-Bankruptcy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | 10,000 | 20,000 | $ 0.18 |
| 4921 | Payroll-Executive Secretary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 | $ 0.06 |
| | Payroll-Exec Sec Payroll Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 281 | 281 | 281 | 281 | 1,122 | $ 0.01 |

# 2007 BUDGET - Summary Page

**Property:** *JTS/Simms*
**Property Address:** *400 Gold Avenue S.W. Albuquerque NM*
**Building Sq.Ft.:** *113114*

| | ACCOUNTING CATEGORY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | TOTAL | | $/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4922 | Payroll-Exec Suite Administrator | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,078 | 2,078 | 2,078 | 2,078 | 8,314 | $ | 0.07 |
| | Payroll-Exec Ste Admin Payroll Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 353 | 353 | 353 | 353 | 1,413 | $ | 0.01 |
| 4923 | Payroll-T Baillio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | $ | 0.18 |
| 4976 | Off Site Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,860 | 3,860 | 3,860 | 3,860 | 15,438 | $ | 0.14 |
| | Bankruptcy Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | $ | 0.05 |
| 4977 | NMGRT - Off Site Mgmt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 368 | 368 | 368 | 368 | 1,472 | $ | 0.01 |
| 5265 | Executive Suite Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,225 | 2,225 | 2,225 | 2,225 | 8,900 | $ | 0.08 |
| | **Total Admin & Misc** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,335 | 18,085 | 28,585 | 27,335 | 91,339 | $ | 0.81 |
| | **TOTAL OPERATING EXPENSES** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63,896 | 66,306 | 67,666 | 61,996 | 259,865 | $ | 2.30 |
| | **NET OPERATING INCOME** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,174 | 23,764 | 22,404 | 28,074 | 100,417 | $ | 0.89 |
| | **NON-OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| | Financial Expenses | | | | | | | | | | | | | | | |
| | **NET PROFIT (LOSS)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | $ | - |
| | **Capital Expenses/Reserve** | | | | | | | | | | | | | | | |
| | Reserve for Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,750 | 6,750 | 6,750 | 6,750 | 27,000 | $ | 0.24 |
| | Reserve for Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 1,800 | 1,800 | 1,800 | 7,200 | $ | 0.06 |
| 1273 | Lease Commission | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ | - |
| 1285 | Tenant Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ | - |
| 1253 | Building Capital Improvements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ | - |
| 1277 | Construction Management | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ | - |
| | **Total Capital Exp** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,550 | 8,550 | 8,550 | 8,550 | 34,200 | $ | 0.30 |
| | **CASH FLOW** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,624 | 15,214 | 13,854 | 19,524 | 66,217 | $ | 0.59 |

Other anticipated expenses not included in the budget include leasing commissions and tenant improvements. These expenses will be presented to the lender and/or bankruptcy court on a lease by lease basis. Legal fees for September and October 2007 to be paid from retainer.